IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES, ) | Civil Action No. 7:15-cv-00582 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| THE CLERKS OF VIRGINIA, <u>et al.</u>, ) | By: | Hon. Michael F. Urbanski |
|     Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: October 29, 2015

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States District Judge